1

2    FILED

3    2011 MAY 24  P 12: 21

4    RICHARD W. WIEKING
     CLERK, U.S. DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN E. WEST, aka JOHN G. WEST,          No. C-11-2313 JW (PR)

12              Plaintiff,

13         v.                                  ORDER OF TRANSFER

14   RAUL LOPEZ, Warden et. al.,

15              Defendant(s).

16   _____/

17

18         Plaintiff, a prisoner presently incarcerated at Corcoran State Prison in Corcoran,

19   California, and frequent litigant in federal court, has filed a pro se civil rights Complaint

20   under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional

21   rights by interfering with his mail delivery service. Doc. #1.

22         A substantial part of the events or omissions giving rise to the claim(s) occurred in

23   Kings County, which lies within the venue of the Eastern District of California. See 28

24   U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

25         Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a) IT IS

26   ORDERED that this action be TRANSFERRED to the United States District Court for the

27   Eastern District of California.

28   //

*United States District Court*
*For the Northern District of California*

1    The Clerk shall transfer this matter, terminate all pending motions as moot and close

2  the file.

3         IT IS SO ORDERED.

4

5  DATED    May 17, 2011

                                    JAMES WARE
6                                   United States District Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\West-11-2313-transfer-caed.wpd

27

28                                  2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JOHN G WEST,

              Plaintiff,

   v.

PAUL LOPEZ et al,

              Defendant.

_____/

Case Number: CV11-02313 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. West E-28520
3A-03-143
P.O. Box 3461
Corcoran, CA 93212

Dated: May 24, 2011

                       Richard W. Wieking, Clerk
                       By: Frank Justiliano, Deputy Clerk